UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1930 JRT/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK HUBER,<br><br>Defendant,<br><br>WHITE ROCK BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about October 18, 2002.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about October 23, 2002. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank checking account in the amount of $36.75.

On or about October 23, 2002, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

(8)

FILED NOV 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED that White Rock Bank pay to the United States the funds seized from defendant's checking account.

Dated: 11/29/02

Magistrate Judge
United States District Court