# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United States of America
Plaintiff,
v.

Mark Huber,
Defendant.

**COURT MINUTES**
BEFORE: Raymond L. Erickson
U.S. Chief Magistrate Judge

| | |
|---|---|
| Case No: | 01cv-1930 (JRT/RLE) |
| Date: | October 31, 2006 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 10:01 a.m. |
| Time Concluded: | 10:14 a.m. |
| Time in Court: | 0 Hours & 13 Minutes |

APPEARANCES:

Plaintiff(s): Mary Trippler, Assistant United States Attorney

Defendant(s): Mark Huber not appear

Motions taken under advisement as of: October 31, 2006

☐ ORDER TO BE ISSUED ☒ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

The Court will issue a warrant for Mark Huber.

s/Deborah K. Broderson
Judicial Law Clerk