UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1930 JRT/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK HUBER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BENCH WARRANT |

The United States Marshal is hereby commanded to arrest defendant, Mark Huber, and bring defendant forthwith before the undersigned for the reason that defendant failed to appear on October 31, 2006, at 10:00 a.m. pursuant to an Order for Debtor's Examination in the above-entitled case.

The United States Marshal is further commanded to detain defendant in custody until defendant is discharged by the Court.

The Clerk of Court shall issue any process necessary to effectuate this Bench Warrant.

Dated: 11/2/06

Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE

SCANNED
NOV 08 2006
U.S. DISTRICT COURT ST. PAUL