A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

JUN 15 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: 01cv1930 JRT/RLE

Mark Huber,

0741-1109-0122-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Mark Huber
9355 County 9 Blvd.
Canon Falls, MN 55009

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: Raymond L. Erickson, United States District Court Chief Magistrate Judge

November 8, 2006 at , MN

(By) JoAnn Hoadley, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 NOV 13 A 9:51

DATE 1-19-07
RETURNED UNEXECUTED Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY

SCANNED
JUN 19 2007
U.S. DISTRICT COURT MPLS

DC Modified 02/20/04